1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN GONZALEZ, | ) | Case No. CV 11-3000 DOC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| F. GONZALES, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 11, 2012

                                  */s/ David O. Carter*
                               HON. DAVID O. CARTER
                               UNITED STATES DISTRICT JUDGE